**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STACEY D. BULLOCK, | ) | No. CV 08-380 SVW (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| D.K. SISTO (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED:   July 7, 2010

_____
STEPHEN V. WILSON
United States District Judge